**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILLIAM S. CARSON, et al.,
    Plaintiffs,

vs.                               CASE NO. 8:10-CIV-2362-T-EAK-EAJ

WELL FARGO BANK, N.A.,
    Defendant.
_____/

## ORDER

This cause is before the Court on the Plaintiffs' *pro se* motion to reactivate the case and to compel the defendant to comply with the Truth-in-Lending Act (Doc. 27) and response thereto (Doc. 28). This case was closed in June of 2011 pending the resolution of a parallel state court foreclosure proceeding. The foreclosure is still pending and the issues which the Plaintiffs wish to raise here are being litigated in the state court. The Court finds that the reasons for staying this case are still in effect and there is no reason to reactivate the case at this juncture. Any request for injunctive relief that the Plaintiffs may be seeking in the instant motion are not well-taken. There is no basis for granting any injunctive relief at to the Truth-in-Lending Act at this time.. Accordingly, it is

**ORDERED** that motion to reactivate the case and to compel the defendant to comply with the Truth-in-Lending Act (Doc. 27) is **denied**.  The cause of action remains stayed and the Plaintiffs shall file status reports every six months beginning November 17, 2015.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of June, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record